AO 109 (2/90) Seizure Warrant

# United States District Court

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

FILED
PM 2:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

In the Matter of the Seizure of
(Address or brief description of the property or premises to be seized)

$6,802.00 USD seized from David Anthony LOVELL at the time of his arrest on January 3, 2008, and one (1) dental prosthetic manufactured from gold and precious stones.

**SEIZURE WARRANT**

CASE NUMBER: 08 MJ 0682

TO: __Department of Homeland Security, ICE__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Sonny Kilmer__ who has reason to
                                              Affiant

believe that in the __Southern__ District of __California__ there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Monetary instruments and items which are proceeds of, and have been used in, the commission of violation of Title 18, United States Code, Section(s) 1591 and 1594, and is subject to seizure pursuant to Title 18, United States Code, Section(s) 1591 and 1594.

$6,802.00 USD seized from David Anthony LOVELL at the time of his arrest on January 3, 2008, and one (1) dental prosthetic manufactured from gold and precious stones.

I am satisfied that the affidavit(s) and any recorded testimony established probable cause to believe that the property so described is subject to seizure and that the grounds exist for the issuance of this seizure warrant.

**YOU ARE HEREBY COMMANDED** to seize within __30__ days the property specified, serving this warrant and making the seizure (in the daytime-6:00 A.M. to 10:00 P.M.) (at any time in the day or night, as I find reasonable cause has been established), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of

the property seized and promptly return this warrant to __the United States Magistrate Judge.__
                                                         U.S. Judge or Magistrate at

3/5/08 @ 1:25 pm                          at    San Diego, California
Date                                            City and State
**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**
_____          _____
Name and Title of Judicial Officer           Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 3/5/08 MAGIS | 3/11/08 @ 1200 | San Diego Sheriff Civil Clerk |

INVENTORY MADE IN THE PRESENCE OF

1) Det. James Smith, San Diego Sheriff's Dept

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT:

1. $6802.00 US Currency (100x68, 1x2)

2. (1) Dental Prosthetic made of Gold and Diamonds

Nothing Follows

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____
Subscribed, sworn to, and returned before me this date.

_____     4/3/08
U.S. Judge or Magistrate       Date

CATHY ANN BENCIVENGO

AO 109 (2/90) Seizure Warrant